■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLOS BRISTOL, Appellant.— Judgment of the Supreme Court, Kings County, rendered May 10, 1971 on resentence, affirmed. No opinion. Defendant's notice of appeal is hereby amended to show the correct date of the judgment, May 10, 1971, instead of March 19, 1971, the date of the hearing herein. Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE DELROW, Appellant.— Order of the Supreme Court, Kings County, dated April 26, 1971, affirmed. The reference to preliminary "arraignment" in our decision in *People* v. *Winslow* (35 A D 2d 594, 595) was erroneous. *Winslow* involved lack of counsel at a preliminary *hearing*, not at an arraignment. Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL HILL, Appellant.— Judgment of the Supreme Court, Queens County, rendered April 13, 1972, affirmed (*People* v. *Crafton*, 31 N Y 2d 828). Latham, Acting P. J., Shapiro, Gulotta, Christ and Brennan, JJ., concur.